**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES POERIO,

      Plaintiff,

v.                                 CASE NO: 8:08-cv-941-T-26EAJ

K-MART CORPORATION,
SPHERION ATLANTIC WORKFORCE LLC,
SPHERION PACIFIC WORKFORCE LLC,

      Defendants.

_____/

## O R D E R

      Upon due consideration, it is ordered and adjudged that Defendants Spherions' Motion to Extend Pretrial Deadlines (Dkt. 37) is granted. Even if the opposing parties objected, the Court would still grant the motion in the interest of providing these Defendants an opportunity to disclose experts and engage in discovery. The expert disclosure deadline for these Defendants is extended until July 3, 2009. The discovery deadline for all parties is extended until July 31, 2009. The dispositive motion filing deadline as to all parties is extended until August 7, 2009. The pretrial conference and trials dates shall remain the same.

      **DONE AND ORDERED** at Tampa, Florida, on June 2, 2009.


                                *s/Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record